UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO. 6:18-cr-00001 |
| | ) | |
| JOHNNIE LEE BROWN JR. | ) | |
| a/k/a "J5" | ) | |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the Indictment, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefore, the investigation of the Defendant has concluded and will not be compromised by unsealing said documents and that such documents will be provided to counsel for the Defendant, it is,

**ORDERED** that the Government's motion is GRANTED. The Indictment, returned by the Grand Jury for the Southern District of Georgia on February 7, 2018, in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Statesboro, Georgia this 19th day of July 2018.

HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA