# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR618-001 |
| | ) | |
| JOHNNIE LEE BROWN, JR., | ) | |
|     a/k/a "J5" | ) | |
| | ) | |

## ORDER

Defendant seeks a bond, doc. 26, effectively asking for reconsideration of the Court's determination that detention was appropriate under 18 U.S.C. § 3142. Doc. 24 at 2-3. His motion waves at circumstances he contends affect that determination. *See* doc. 26 at 1-2 (asserting that a bond is now appropriate because, (1) a family friend has volunteered to post a property bond in the amount of $30,000, (2) defendant is not eligible for Armed Career Criminal status, (3) he has been detained since his arrest "without incident," (4) his medical issues are not being adequately addressed, and (5) he volunteers to cooperate with law enforcement). None of those reasons, however, address the Court's stated bases for detention. *See* doc. 24 at 2-3 (listing, among other reasons for detention, the strength of the evidence against Defendant, including the

Government's proffer of "video evidence . . . depicting defendant engaged in drug sales," as well as his "prior criminal history, [p]articipation in criminal activity while on probation, parole, or supervision, [and his h]istory of alcohol and substance abuse). Since he offers nothing that undermines the determination that no condition or combination of conditions of release will reasonably assure either the community's safety or defendant's appearance, his motion is **DENIED**. Doc. 26.

**SO ORDERED,** this 12th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA